UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

VICTORIA MANCHA,

                Plaintiff,

- against -

GRAY TELEVISION, INC.

                Defendant.

Docket No. 4:20-cv-141

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff Victoria Mancha ("Mancha" or "Plaintiff") by and through her undersigned counsel, as and for her Complaint against Defendant Gray Television, Inc. ("Gray Television" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted video of a meteotsunamis in Sanibel, Florida, owned and registered by Mancha. Accordingly, Mancha seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant resides and/or transacts business in Florida and is registered with the Florida Department of State Division of Corporations.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Mancha has usual place of business at 3761 McGregor Blvd., Fort Myers, Florida 33901.

6. Upon information and belief, Gray Television is a foreign limited liability company organized and existing under the laws of the State of Georgia, with a place of business at 1801 Halstead Blvd, Tallahassee, Florida 32309. Upon information and belief, Gray Television is registered with the Florida State Department of Corporations to do business in Florida. At all times material hereto, Gray Television has owned and operated a Website at the URL: www.MySunCoast.com (the "Website").

## STATEMENT OF FACTS

**A. Background and Plaintiff's Ownership of the Video**

7. Mancha took a video of a meteotsunamis in Sanibel, Florida (the "Video").

8. Mancha is the author of the Video and has at all times been the sole owner of all right, title and interest in and to the Video, including the copyright thereto.

9. The Video was registered with United States Copyright Office and was given Copyright Registration Number PA 2-172-753.

**B. Defendant's Infringing Activities**

10. On December 21, 2018, Gray Television ran an article on the Website entitled *VIDEO: FL Meteotsunami pushes wave of water into homes along Sanibel Island*. See:

http://www.mysuncoast.com/2018/12/21/video-meteotsunami-pushes-wave-water-into-homes-along-sanibel-island/. The article contained the Video and a screenshot of the Video. Screenshots of the Video on the Website are attached hereto as Exhibit A.

11. Gray Television did not license the Video from Plaintiff for its article, nor did Gray Television have Plaintiff's permission or consent to publish the Video on its Website.

**CLAIM FOR RELIEF
(COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)
(17 U.S.C. §§ 106, 501)**

12. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13. Gray Television infringed Plaintiff's copyright in the Video by reproducing and publicly displaying the Video on the Website. Gray Television is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Video.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by Gray Television have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

17. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Video, pursuant to 17 U.S.C. § 504(c).

18. Plaintiff further is entitled to her attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Gray Television be adjudged to have infringed upon Plaintiff's copyrights in the Video in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Video; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded her costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
March 15, 2020

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305

Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Victoria Mancha*