**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
CASE NO. 2:20-cv-363-FtM-38MRM**

| | |
|---|---|
| **VICTORIA MANCHA,** | ) |
| Plaintiff, | ) |
| vs. | ) |
| **GRAY MEDIA GROUP, INC.,** | ) |
| Defendant. | ) |
| **GRAY MEDIA GROUP, INC.,** | ) |
| Third-Party Plaintiff, | ) |
| vs. | ) |
| **WATERMAN BROADCASTING CORPORATION,** | ) |
| Third-Party Defendant. | ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Victoria Mancha ("Mancha"), Defendant/Third-Party Plaintiff Gray Media Group, Inc. ("Gray"), and Third-Party Defendant Waterman Broadcasting Corporation (together with Mancha and Gray, the "Parties") by and through undersigned counsel, hereby provide notice that on September 30, 2020 the Parties reached an agreement in principle to resolve all claims in this litigation subject to execution of a formal, written settlement agreement, which the Parties are working to document. Upon execution of a formal settlement agreement, the Parties anticipate that they will file a

stipulation of dismissal with prejudice. The Parties respectfully request that all pending deadlines be adjourned *sine die* pending the finalization of the settlement.

Dated:  September 30, 2020                                   Respectfully submitted,

*/s Chris Sanchelima*                                        */s Thomas B. Sullivan*
CHRIS SANCHELIMA                                             THOMAS B. SULLIVAN
Florida Bar No. 107751                                       Admitted Pro Hac Vice
chris@sanchelima.com                                         sullivant@ballardspahr.com

**SANCHELIMA & ASSOCIATES, P.A.**                            **BALLARD SPAHR LLP**
235 SW Le Jeune Road                                         1675 Broadway, 19th Floor
Miami, FL 33134                                              New York, NY 10019
305.447.1617 – Telephone                                     212.850.6139 – Telephone

*Counsel for Plaintiff*                                      CHARLES D. TOBIN
                                                             Florida Bar No. 816345
*/s Mark. A. Nieds*                                          tobinc@ballardspahr.com
Mark A. Nieds
Florida Bar No. 114940                                       **BALLARD SPAHR LLP**
mark.nieds@henlaw.com                                        1909 K Street, NW, 12th Floor
                                                             Washington, DC 20006
**HENDERSON, FRANKLIN, STARNES &**                           202.661.2218 – Telephone
**HOLT, PA**
1715 Monroe Street                                           *Counsel for Defendant/Third-Party*
Fort Myers, FL 33902                                         *Plaintiff*
239.344.1153 – Telephone

*Counsel for Third-Party Defendant*

## CERTIFICATE OF SERVICE

      I, Thomas B. Sullivan, do hereby certify that I filed the foregoing Notice of Settlement via the Court's electronic case filing/ECF system, which will serve a true and correct copy of the same on all counsel of record via e-mail/Notice of Electronic Filing on this 30th day of September, 2020.

      BALLARD SPAHR LLP
*Attorneys for Defendant and Third-Party Plaintiff*
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 850-6139
Fax: (212) 223-1942
sullivant@ballardspahr.com

By:   */s/ Thomas B. Sullivan*
      Thomas B. Sullivan
      Admitted *Pro Hac Vice*