UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

**CASE NO. 2:20-cv-363-FtM-38MRM**

|  |  |
|---|---|
| **VICTORIA MANCHA,** | ) )  ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| **GRAY MEDIA GROUP, INC.,** | ) ) |
| Defendant. | ) ) |
| **GRAY MEDIA GROUP, INC.,** | ) ) |
| Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| **WATERMAN BROADCASTING CORPORATION,** | ) ) ) |
| Third-Party Defendant. | ) ) |

## STIPULATION TO DISMISS

Plaintiff Victoria Mancha ("Mancha"), Defendant/Third-Party Plaintiff Gray Media Group, Inc. ("Gray") and Third-Party Defendant Waterman Broadcasting Corporation ("Waterman" and, together with Mancha and Gray, the "Parties"), by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)((A)(ii) and U.S. M.D. of Fla. Local Rule 3.08 hereby give notice that the Parties have amicably resolved this matter.  The Parties further stipulate as follows:

1. Plaintiff Mancha stipulates to dismissal of her Complaint against Defendant Gray, with prejudice, with each party bearing their own attorneys' fees and costs.

2. Defendant/Third Party Plaintiff Gray stipulates to dismissal of its Third-Party

Complaint against Third-Party Defendant Waterman, with prejudice, with each party bearing their own attorneys' fees and costs.

        Respectfully submitted,

        s/Mark A. Nieds
        Florida Bar No. 0114940
        HENDERSON, FRANKLIN, STARNES & HOLT, P.A
        Attorneys for Third-Party Defendant Waterman Broadcasting Corporation
        1715 Monroe Street
        Fort Myers, FL 3391
        (239) 344-1153 (Tel)
        (239) 344-1200 (Fax)
        Primary mark.nieds@henlaw.com
        Secondary janice.cruz@henlaw.com

        s/Chris Sanchelima
        Florida Bar No. 107751
        SANCHELIMA AND ASSOCIATES, P.A,
        Attorneys for Plaintiff
        235 SW Le Jeune Road
        Miami, FL 33134
        (305) 447-1617 (Tel)
        Email: chris@sanchelima.com

        s/Thomas B. Sullivan
        Admitted Pro Hac Vice
        BALLARD SPAHR LLP
        Attorneys for Defendant and Third-Party Plaintiff
        1675 Broadway, 19th Floor
        New York, NY 10019
        (212) 850-6139 (Tel)
        (212) 223-1942 (Fax)
        Email: sullivant@ballardspahr.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ___October 20___, 2020, I electronically filed the foregoing with the Clerk of the Court by using the E-Filing Portal System which will send a notice of electronic filing to the following:

Charles D. Tobin
Florida Bar No. 816345
tobinc@ballardspahr.com
Thomas B. Sullivan
Admitted Pro Hac Vice
sullivant@ballardspahr.com
BALLARD SPAHR LLP
Attorneys for Defendant and Third-Party Plaintiff
1909 K Street, NW
Washington, DC 20006-1157

Chris Sanchelima
Florida Bar No. 107751
chris@sanchelima.com
SANCHELIMA AND ASSOCIATES, P.A.
Attorneys for Plaintiff
235 SW Le Jeune Road
Miami, FL 33134

    Mark A. Nieds
    Florida Bar No. 0114940
    mark.nieds@henlaw.com
    HENDERSON, FRANKLIN,
    STARNES & HOLT
    Attorneys for Third-Party Defendant
    Waterman Broadcasting Corporation
    1715 Monroe Street
    Fort Myers, FL 33901